IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| ROBERT WIGGINS, #291549 | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-06-197 |
| | § | |
| CORRECTION MEDICAL SERVICES | § | |
| ET AL. | § | |

## ORDER OF DISMISSAL

Before the Court for its Order of Acceptance is a Report and Recommendation of the United States Magistrate Judge, entered on May 31, 2006, which recommends that the instant cause be dismissed with prejudice.  The Report and Recommendation specifically provided: "Plaintiff shall have until June 14, 2006,  in which to have written objections physically on file in the Office of the Clerk."  To date, no objections have been filed.

Upon appropriate review pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C.§ 636(b)(1)(C), the Court is satisfied that there is no clear error on the face of the record in these proceedings. Accordingly, the Report and Recommendation is **ACCEPTED** in its entirety and incorporated herein by reference.  It is **ORDERED** that this cause is **DISMISSED with prejudice as frivolous and for failure to state a claim for which relief can be granted.**

This Order does not release Plaintiff or the Texas Department of Criminal Justice, Institutions Division from the obligation to pay the filing fee previously imposed.

Plaintiff is advised that if he appeals this dismissal, he will be required to pay the appeal fee of $455.00 pursuant to the Prison Litigation Reform Act, and he must submit a 6-month certificate of his inmate trust account when he files his notice of appeal.

A certified copy of this Order shall be mailed to: **TDCJ-Office of the General Counsel**, P.O. Box 13084, Austin, Texas, 78711; and, to **TDCJ Local Funds Division**, P.O. Box 629, Huntsville, TX 77342-0629.

**DONE** at Galveston, Texas, this the 22nd day of June, 2006.

Samuel B. Kent
United States District Judge